```
                      UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JAMES ROBINSON, | |
| Petitioner, | Civil Action No. 10-2648 (RMB) |
| v. | **O R D E R** |
| STATE OF NEW JERSEY, | |
| Respondent. | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **27th** day of **June 2011**,

**ORDERED** that the Petition, Docket Entry No. 1, seeking a writ of habeas corpus is denied; and it is further

**ORDERED** that a certificate of appealability shall not issue; and it is finally

**ORDERED** that the Clerk shall serve this Order and the Opinion filed herewith upon the Office of Attorney General for the State of New Jersey by means of electronic delivery and upon Petitioner by means of regular U.S. mail, and close the file on this matter.

                                    s/Renée Marie Bumb
                                    **RENÉE MARIE BUMB**
                                    United States District Judge